In the Matter of the Claim of ELIZABETH MCGLOIN, Respondent, against HENSTONE STORAGE & VAN COMPANY, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of SARAH MILLER, Respondent, against NEW YORK DRY DOCK COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.*— Award affirmed, with costs to the State Industrial Board. All concur, except Rhodes, J., who dissents and votes for reversal on the ground that there is no competent proof that decedent's death was the result of an accident.

In the Matter of the Claim of MARGARET A. NEWTON, Respondent, against U. S. L. BATTERY CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JOHN H. MEYER, Respondent, against NORTH HILLS GOLF CLUB and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of NATHAN SIMON, Respondent, against MORITZ and BENJAMIN SMITH and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of ELSIE LOBDELL, Respondent, against ERNEST ERVAY, Contractor, Respondent; LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion by the appellant, Lumber Mutual Casualty Insurance Company of New York, to appeal to the Court of Appeals denied.

In the Matter of the Claim of JAMES CURTIS, Respondent, against LAWRENCE GARAGE, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of CAROLINE DAVENPORT, Respondent, against FREEDMAN & KISS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of DELIA MCNULTY, Respondent, against NATIONAL EXHIBITION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of JOSEPH PETRONE and Another, as Infant Dependents upon DANIEL PETRONE, Deceased, Respondents, against UNITED STATES TRUCKING CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

In the Matter of the Claim of HELEN ARNOLD, Respondent, against EMERSON HAY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied.

* Affd., 262 N. Y. 531.